PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>             v.<br><br>MICHELLE PARADA,<br><br>                Defendants. | CASE NO. 1:24-CR-00265-KES-BAM<br><br>GOVERNMENT MOTION TO DISMISS COUNT ONE AGAINST MICHELLE ALONDRA PARADA MUNOZ; ORDER |

The United States of America, by and through its counsel, hereby moves for dismissal without prejudice of all counts and allegations against Michelle Alondra PARADA Munoz in 1:24-cr-000265-KES, consisting of Count One and the forfeiture allegation.


Dated:  December 11, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ Robert L. Veneman-Hughes*
Robert L. Veneman-Hughes
Justin J. Gilio
Assistant United States Attorney

### **O R D E R**

IT IS SO ORDERED that all counts and allegations as to Michelle Alondra PARADA Munoz are dismissed without prejudice.

IT IS SO ORDERED.

Dated:   December 12, 2024

UNITED STATES DISTRICT JUDGE