W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
Telephone: (559) 442-0634

Attorney for Defendant MICHELLE PARADA MUNOZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE PARADA MUNOZ,<br><br>Defendant. | No. 1:24-cr-0265 KES BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF W. SCOTT QUINLAN AS ATTORNEY OF RECORD AND ORDER** |

On October 31, 2024 Defendant Michelle Parada Munoz was indicted on federal crimes. CJA Panel Attorney W. Scott Quinlan was appointed to represent Ms. Munoz on November 1, 2024. The government dismissed Ms. Munoz by motion on December 12, 2024. Having completed his representation of Defendant Michelle Parada Munoz, her counsel W. Scott Quinlan now moves to terminate his appointment under the Criminal Justice Act.

Dated: January 2, 2025                    Respectfully submitted,


                                          /s/ W. Scott Quinlan
                                          W. Scott Quinlan, Attorney for
                                          Defendant, MICHELLE PARADA MUNOZ

1

**ORDER**

Having completed the representation of Defendant Michelle Parada Munoz under the Criminal Justice Act, the appointment of W. Scott Quinlan as CJA panel attorney to represent Ms. Munoz is hereby terminated.

IT IS SO ORDERED.

Dated:   January 2, 2025

UNITED STATES DISTRICT JUDGE

2